NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KATHERINE L. LACKEY,                  )
                                      )
    Appellant,                    )
                                      )
v.                                    )          Case No. 2D16-4230
                                      )
STATE OF FLORIDA,                     )
                                      )
    Appellee.                     )
_____)

Opinion filed February 28, 2018.

Appeal from the Circuit Court for Polk
County; James A. Yancey, Judge.

Justin S. Gaines, Lakeland, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan M. Shanahan,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

      Affirmed.

LaROSE, C.J., and KHOUZAM and ROTHSTEIN-YOUAKIM, JJ., Concur.